FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0388

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0388

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DUSTIN SCOTT DINEEN,

      Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 24, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 17 2020